HITCHING POST

v.

PATTON, C.

697 WDA 2016

Superior Court of Pennsylvania.

6/26/2017

No. 2013–1677–CD
(Clearfield)

Affirmed

RICCHETTI, C.

v.

ELLIS, G.

353 EDA 2015

Superior Court of Pennsylvania.

06/27/2017

Reargument Denied 9/5/2017

May Term, 2013 No. 02703 (Philadelphia)

Affirmed

COM.

v.

VALENZUELA, J.

3489 EDA 2015

Superior Court of Pennsylvania.

06/27/2017

Reargument Denied 8/23/2017

CP–51–CR–0007911–2011 (Philadelphia)

Affirmed

COM.

v.

STUBBS, D.

3764 EDA 2015

Superior Court of Pennsylvania.

06/27/2017

CP–51–CR–0004871–2013
(Philadelphia)

Affirmed